```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

ARDEN HARRIS, #T3846                                      PETITIONER

VS.                            CIVIL ACTION NO. 4:04CV237 TSL-JCS

RON KING AND JIM HOOD                                    RESPONDENTS

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 23, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 17h day of July, 2006.

```
                          /S/ TOM S. LEE
                          UNITED STATES DISTRICT JUDGE
```